

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MENARD AUBOUG,<br>      Petitioner | CIVIL ACTION<br>1:11-CV-00934 |
| VERSUS | |
| JANET NAPOLITANO, et al.,<br>      Respondents | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Auboug's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at  Alexandria  , Louisiana, on this  12th  day of  January , 2011.

                                  _____
                                  JAMES T. TRIMBLE, JR.
                                  UNITED STATES DISTRICT JUDGE